# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ANNE GANEM, | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | )   No.   1:12-cv-00128-GZS |
| | ) |
| LIBERTY LIFE ASSURANCE | ) |
| COMPANY OF BOSTON, | ) |
| | ) |
| **Defendant** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 55) filed May 31, 2013, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED**:

1. That Plaintiff's Motion to Amend Complaint (ECF No. 42) is hereby **DENIED** as the motion is futile.

   /s/ George Z. Singal
   United States District Judge

Dated this 18th day of June, 2013.